**Rod Danielson**
**Chapter 13 Trustee**
**3787 University Avenue**
**Riverside, CA 92501**
**Tel: (951) 826-8000**
**Fax: (951) 826-8090**

ORIGINAL

FILED

NOV 1 2 2014

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA- RIVERSIDE DIVISION

IN RE:

JOSE MANUEL ORTIZ
RISAURA ORTIZ

Debtor(s).

Case No.:  6:11-bk-31049-SY

**DISCHARGE OF CHAPTER 13 TRUSTEE AND
ORDER CLOSING CASE**

Pursuant to the Trustee's Final Report & Account, and the Trustee's Declaration re Non-Opposition on file herein,

IT IS ORDERED that the Chapter 13 Trustee is discharged, and the Trustee's Bond is exonerated, and this case closed.

Dated:  11/12/2014

For the Court

**KATHLEEN J. CAMPBELL**